IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DON REINHARD,

      Appellant,

v.

LESLIE V. McCLELLAN,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-958

_____/

Opinion filed September 15, 2016.

An appeal from the Circuit Court for Leon County.
Robert Wheeler, Judge.

Don Reinhard, pro se, Appellant.

William R. Waters, Jr. and Erica Caitlin Dlubala of Waters & Associates, P.A., Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., WETHERELL, and BILBREY, JJ., CONCUR.